

UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

_____ Division

FILED
FEB 1 5 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Case No. 22CV-071 TCK - CDL
(to be filled in by the Clerk's Office)

AQUEISHA CAMERELLE PAYNE
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Saber Acceptance LLC Co Inc.
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☑ Yes ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

✓ Mail \_\_\_ No Cert Svc \_\_\_ No Orig Sign
\_\_\_ C/J \_\_\_ C/MJ \_\_\_ C/Ret'd \_\_\_ No Env
\_\_\_ No Cpy's ✓ No Env/Cpy's \_\_\_ O/J \_\_\_ O/MJ

IFP
Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: AQUEISHA CAMERELLE PAYNE
- Address: c/o 1968 S. Coast Hwy #5099
  Laguna Beach, California [92651]
- County: Orange County
- Telephone Number: 405-721-8040
- E-Mail Address: cammypayne@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Saber Acceptance
- Job or Title (if known):
- Address: 12718 East 55th Street
  Tulsa, OK 74146
- County: Tulsa
- Telephone Number: (918) 600-7333
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Address:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   |  City  |  State  |  Zip Code  |

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   |  City  |  State  |  Zip Code  |

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity     ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

(Please refer to attached, sworn Statement and Affidavit of Truth)

B. What date and approximate time did the events giving rise to your claim(s) occur?

(Please refer to attached, sworn Statement and Affidavit of Truth)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(Please refer to attached Sworn Statement, Affidavit of Truth, and Exhibits # 1-4)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Infringement upon civil liberties.
- Pain and suffering, related to Emotional Distress, mental Anguish, Anxiety, Depression, Insomnia (currently being treated by physician).
- Economic Abuse, Discrimination, and Oppression.
- Slander within Commerce
- Violation of Multiple Consumer Rights

(Please refer to attached, sworn Statement and Exhibit #4)

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) I want full compensation for the property that was unlawfully taken from me, in the amount equal to the Value of property at time of theft;

2.) Reimbursement for ALL unlawful wage garnishment(s)

3.) Full and Immediate payment of attached invoice, for the amount of $6,488,350.00, which defendant is liable to the consumer for the cited violations.

4.) Permanently and Immediately Remove Account Info from ALL Consumer Reporting Agencies!

(Please refer to attached, sworn Statement, Affidavit of Truth, Exhibits #1-4)

+ (Please see attached, itemized Invoice)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/02/2022

Signature of Plaintiff: *Aqueisha Camerelle Payne DBA AQUEISHA CAMERELLE PAYNE*

Printed Name of Plaintiff: Aqueisha Camerelle Payne DBA AQUEISHA CAMERELLE PAYNE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

City ____ State ____ Zip Code ____

Telephone Number: _____

E-mail Address: _____



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   US District Court Clerk Office
   United State District Court
   333 W 4th Street #411
   Tulsa, OK 74103

9590 9402 6771 1074 5477 37

2. Article Number (Transfer from service label)
   7018 1130 0002 3275 0303

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]      ☐ Agent
                      ☐ Address[ee]

B. Received by (Printed Name)       C. Date of Delive[ry]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☒ No

   NF-306

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restri[cted] Delivery
   ☐ Signature Confirmatio[n]
   ☐ Signature Confirmatio[n] Restricted Delivery

Domestic Return Recei[pt]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Jury Services
   Ted States District Court
   3 W 4th St, STE 411
   Tulsa, OK 74103-9502

9590 9402 6917 1104 9193 98

2. Article Number (Transfer from service label)
   7021 0350 0001 3529 4903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]      ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☒ No

   NF-306

3. Service Type
   ☐ Priority Mail Express®
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt