UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AQUEISHA CAMERELLE PAYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-CV-71-TCK-CDL |
| | ) |
| SABER ACCEPTANCE LLC CO INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL

This matter has been dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. A judgment of dismissal is hereby entered, which terminates the litigation.

**SO ORDERED** this 8th day of July, 2022.

TERENCE C. KERN
United States District Judge